THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ROBERT MEEKS, Appellant.

Argued May 28, 1940; decided June 14, 1940.

*Sydney Rosenthal* and *Benjamin J. Jacobson* for appellant.
*Charles P. Sullivan*, District Attorney (*J. Irwin Shapiro* and *George P. Stier* of counsel), for respondent.

· Judgments reversed and indictment dismissed on the ground that the evidence is not sufficient to prove guilt beyond a reasonable doubt.   No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.